1983 Form

# In the United States District Court
# For the Northern District of Alabama

Bryan Keith Broussard                    CV-16-CO-1568-S

_____

_____

(Enter above the full name(s) of the
plaintiff(s) in this action)

v

Kendrick Watson Col Atmore work center
officer Armstrong officer Andrews
officer Betts, and Sgt Lane
Lt Dailey is Added

(Enter above full name(s) of the
defendant(s) in this action)

I.   Previous lawsuits

   A.   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (X)

   B.   If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1.   Parties to this previous lawsuit

         Plaintiff(s): _____

         Defendant(s) _____

      2.   Court (if Federal Court, name the district; if State Court, name the county)

         _____

      3.   Docket Number _____

      4.   Name of judge to whom case was assigned _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ( )   No (X)

   If the answer is "yes," describe the poroperty and state its approximate value.

   N/A

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   N/A

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on  9-7-16
(date)

_____  200522
Signature of Petitioner

CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ 146.47 on account to his credit at the _____ institution where he is confined on this _____
(date)

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.)
1. $ _____ on the 1st day of _____
2. $ _____ on the 1st day of _____
3. $ _____ on the 1st day of _____
4. $ _____ on the 1st day of _____
5. $ _____ on the 1st day of _____
6. $ _____ on the 1st day of _____

_____
Authorized Officer of Institution

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   N/A

6. Approximate date of filing lawsuit   N/A

7. Approximate date of disposition   N/A

II. Place of present confinement   G.K. Fountain 3800, Atmore Al 36503

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( )   No (X)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( )   No (X)

   C. If your answer is YES:

      1. What steps did you take?   N/A

      2. What was the result?   N/A

   D. If your answer is NO, explain why not?   A sgt and 4 officers jumped on me at Atmore Work Center, I have been trying to contact lawyers but no help, so now im filing This lawsuit in The Court, Im not good with law work

III. Parties

   In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s)   Bryan Keith Broussard
      G.K. Fountain 3800, Atmore Al 36503

      Address

- 2 -

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant _Sgt Lane_

   is employed as _A Sgt_ ~~[illegible crossed out]~~

   at _Atmore Work Center_ ~~[illegible crossed out]~~

C. Additional Defendants _Officer Watson, officer Betts officer Armstrong, officer Andrews_

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

I was in the shift office at atmore work center because they had found contraband in my box at my bed, while in the shift office I stood up because the chain of custody was broke dealing with officer watson finding dope in my box then passing it to Lt Dailey who then opened her desk draw and pushed the Dope in her Draw, stood up and stated "I aint gonna lose ~~took~~ my Job, I stood up and said I aint done a god dam thing the officer Betts came rushing me grobed me by my neck & Sgt lane came and was pushing my arms to my chest, officer watson came and grobed my Right arm and started pulling it, officer Armstrong grobed my Right leg and started pulling it officer Andrews pulled out his medal Rod and Attempted

To hit me with it, The whole while I was stressing But I was being Choked, I got slamed to The chair which hurt my back, my Right arm, my Right knee on The backside was bleeding, I had blood lines on both of my sides and Bruises on my Right arm and Back, sides. I & I Took pictures The next day and There was a body chart ~~    ~~ no officer was hurt

V. RELIEF

State briefly ~~exactly~~ what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want Discipline for every officer, I want to go to free world Doctor to operate on my Right shoulder and back Im hurting, real Bad and A.D.O.C aint doing There Jobs They continue To cancel my Doctor appointmets Stating They dont have enough Security. Im in Segregation i cant go to health care when i want to. I want some money for physciol Damage, Emotonal Damage and any other thing That This court will order. A transfer from This area cause its next door to where They Jumped on me

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on __9-9-16__
        (date)

                      _[signature]_ 200522 9-9-16

"

                            Signature(s)

- 4 -

CV-16-CO-1568-S

FILED
2016 SEP 22 A 11:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

To Whom This may concern                                      9-9-16

I was an informate for Lt Banks who is a Lt at Atmore work center, i had been helping him bust dope/phones at That camp and i was trying to help catch Sgt love from bringing dope and phones in. Sgt love admitted to me That if Lt Banks wanted him he should of gotten him, i have gave information to Sgt Booth. and officer Hectrick who would relay The information to Lt Banks. I made The Statement to Lt Banks That Sgt love was catching on but nothing was done. Then i got set up with dope in my box, a few days later one of The inmates who Sgt love was Bringing dope and phones into came into The bathroom and stated This "Sgt love said That you talk to much, your trying to take down The whole empire" Then The next day dope was found in my box which had been unlocked and only The suppervisors have a key to a State issued lock. I don't know The full names of Those officers but i gave There last names. I would like This court to order ADOC to transfer me away from This area and due to it being right next to The facility where Those officers work please help me. There was not one officer hurt in This incident. My back in The middle/Lower Right Back hurts my Right arm from Elbow to Shoulder, my Right Knee behind was bleeding, i had Blood lines on both of my sides i had Bruises all over It & I Took pictures and a Body chart was done, They are not medically treating me right They have canceled my doctor appointments stating That They are short on officers but im in Segregation i cant go to medical on my own

So There is no excuse why They can't get me to medical I have filled out probably 10 sick calls complaining about my Right arm/shoulder and back, They took X-Rays but nothing is being done about any of it. I have had Threats from officers and Supervisors while at Fountain please help me They are trying to cover This up They had no right to Jump on me it was 1 Supervisor and 4 officers it didn't take That

Thank you

I was Released out of Segregation on 8-14-16

Bryan Broussard 200522 C-18
G.K. Fountain 3800
Atmore Al 36503

This inmate may have witnessed it as well he told me to put him down as a witness on my disciplinary so here is his name and Ais# John gleaton Ais# 249526

Im adding Lt. Dailey Due to her watching The incident and not Stopping it, She stood There and watched it Then called The warden and lied to her saying That I was walking Towards her and That didn't have They use excess force and Knew what They were doing, I pleaded with officer Betts to let my Throat go cause I could not Breath

Bryan Broussard 200522 H-20B
G.K. Fountain 3800
Atmore Al 36503

MOBILE
AL 365
20 SEP '16
PM 2 L



$ 000.46⁵
02 1P
0000872158    SEP 20 2016
MAILED FROM ZIP CODE 36502

Legal Mail

Hugo Black U.S. Courthouse
1729 5th Ave   Room 140
Birmingham Al 35203

35203-203799

Legal Mail

U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SEP 22 2016
SECURITY